UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paragon Residential Group, LLC, et al.</u>

        v.                                                        Civil No. 07-cv-118-JL

<u>Town of Hanover</u>

<u>O R D E R</u>

On April 13, 2010, the Court granted an Assented to Motion to Continue Trial and Stay Discovery Deadlines.  In order to give the court an update as to the status of this case, the parties are ordered to file a status report on or before December 15, 2010.

SO ORDERED.

*/s/ Joe Laplante*

December 8, 2010                                          _____

                                                                                Joseph N. Laplante
                                                                                United States District Judge

cc:     Barry Schuster, Esq.
        Robert Miller, Esq.
        Laura Ann Spector, Esq.
        R. Matthew Cairns, Esq.
        Walter Mitchell, III, Esq.