```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Paragon Residential Group,</u>
<u>LLC, et al.</u>

        v.                      Civil No. 07-cv-118-JL

<u>Town of Hanover, New Hampshire</u>

**ORDER**

Before the court is the parties' joint status report. The parties state that settlement negotiations are ongoing and request that the current stay be extended to allow them to continue.

On April 14, 2010, the parties filed a motion requesting that the court stay all discovery deadlines and continue trial pending resolution of this matter through settlement. In their motion, the parties noted that possible settlement "may require *inter alia* the involvement of third parties, third party financing, municipal legislative body action, and municipal board action." On the same date, the court granted the parties' motion, noting that the parties could agree to stay the case for any length of delay they deemed appropriate.

By order dated December 8, 2010, the court directed the parties to file a status report by December 15, 2010. The parties complied with that order and on December 17, 2010 the

court continued the stay and directed counsel to file a single status report on or before March 17, 2011.  Again, that report is before the court.  Settlement discussions continue, with indefinite prospects for success.

The clerk is hereby directed to statistically close the case.  Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.


**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 28, 2011

cc:  Barry C. Schuster, Esq.
     Robert H. Miller, Esq.
     Andrew B. Livernois, Esq.
     Laura Ann Spector, Esq.
     R. Matthew Cairns Esq.
     Walter L. Mitchell, III, Esq.